

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-4-22341

*Appellate Section*  *Telephone (202) 514-4081*
P.O. Box 7415
Ben Franklin Station
Washington, DC  20044

September 8, 2023

**<u>Via CM/ECF</u>**

Michael E. Gans
Clerk of the Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

      Re:    *West Virginia, et al. v. United States Environmental Protection Agency, et al.*, No. 23-2411

Dear Mr. Gans:

    On July 11, 2023, Federal Appellants moved this Court to hold this appeal in abeyance until the publication of a new final rule regarding the definition of "waters of the United States" in the Federal Register, which this Court granted on July 17, 2023. This letter advises the Court that the "Revised Definition of 'Waters of the United States'; Conforming" Rule was published in the Federal Register today. *See* 88 Fed. Reg. 61964 (Sept. 8, 2023), available at https://www.federalregister.gov/documents/2023/09/08/2023-18929/revised-definition-of-waters-of-the-united-states-conforming.

                                Respectfully submitted,

                                  <u>*/s/ Arielle Mourrain Jeffries*</u>
                                Arielle Mourrain Jeffries
                                arielle.jeffries@usdoj.gov

                                Counsel for Federal Appellants

cc: All counsel of record (via CM/ECF)