No. 23-2411

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF WEST VIRGINIA, et al.,
*Plaintiffs-Appellees*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Defendants-Appellants*.

Appeal from the United States District Court for the District of North Dakota
No. 3:23-cv-32 (Hon. Daniel L. Hovland)

**APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

ARIELLE MOURRAIN JEFFRIES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3140
arielle.jeffries@usdoj.gov

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants move for voluntary dismissal of the above captioned appeal, with each party responsible for its own costs. No party opposes this motion.

Respectfully submitted,

/s/ *Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3140
arielle.jeffries@usdoj.gov

October 5, 2023
90-5-1-4-22341

1

## CERTIFICATE OF COMPLIANCE

This motion complies with the world limitations of Federal Rule of Appellate Procedure 32(g) because the document contains 31 words. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a) because the document has been prepared in a proportionally spaced typeface using Microsoft Word.

/s/ *Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES

Counsel for Appellants