# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2411

_____

State of West Virginia; State of North Dakota; State of Georgia; State of Iowa; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Indiana; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Utah; State of Virginia, The Commonwealth of Virginia; State of Wyoming

Plaintiffs - Appellees

American Farm Bureau Federation; American Petroleum Institute; American Road and Transportation Builders Association; Associated General Contractors of America; Cass County Farm Bureau; Leading Builders of America; National Apartment Association; National Association of Home Builders, of the United States; National Association of Realtors; National Cattlemen's Beef Association; National Corn Growers Association; National Mining Association; National Multifamily Housing Council; National Pork Producers Council; National Stone, Sand, and Gravel Association; North Dakota Farm Bureau; Public Lands Council; U.S. Poultry and Egg Association

Intervenors - Appellees

v.

U.S. Environmental Protection Agency; Michael S. Regan, In His Official Capacity as Administrator of the U.S. Environmental Protection Agency; U.S. Army Corps of Engineers; Michael L. Connor, In His Official Capacity as Assistant Secretary of the Army for Civil Works; LTG Scott A. Spellmon, In His Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corps of Engineers

Defendants - Appellants

Chickaloon Village Traditional Council; Rappahannock Tribe; Tohono O'Odham Nation; White Earth Band of Minnesota Chippewa Tribe

Intervenors

_____

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:23-cv-00032-DLH)

_____

# JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 10, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans