# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2411

State of West Virginia, et al.

Appellees

v.

U.S. Environmental Protection Agency, et al.

Appellants

Chickaloon Village Traditional Council, et al.

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:23-cv-00032-DLH)

---

## MANDATE

In accordance with the judgment of October 10, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 10, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit