# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 13, 2023

Mr. Elliot Higgins
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC  20002

RE:  23-2411  State of West Virginia, et al v. EPA, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CBO

Enclosure(s)

cc:    Mr. Timothy S. Bishop
      Mr. Nicholas J. Bronni
      Ms. Morgan E. Brungard
      Mr. Jesse Burris
      Mr. Brandon F. Chase
      Ms. Natalie Christmas
      Mr. Clerk, U.S. District Court, North Dakota
      Mr. Andrew D. Cook
      Mr. Christian Brian Corrigan
      Mr. James Brian Danford Jr.
      Mr. Joshua Divine
      Mr. Andrew J. Doyle
      Mr. Andrew N. Ferguson
      Mr. Thomas Molnar Fisher
      Mr. Benjamin Michael Flowers
      Mr. Kevin Michael Gallagher
      Mr. Garry M. Gaskins II
      Mr. Eric James Hamilton
      Mr. Clark Lassiter Hildabrand
      Ms. Melissa Ann Holyoak
      Ms. Sarah Izfar
      Mr. Dylan L. Jacobs
      Mr. Jeff P. Johnson
      Mr. Travis Jordan
      Mr. Gabriel Krimm
      Mr. Edmund G. LaCour Jr.
      Mr. Hubert T. Lee
      Mr. Brett E. Legner
      Ms. Jennifer L. Lewis
      Mr. Justin L. Matheny
      Mr. Charles David McGuigan
      Mr. Martin Jordan Minot

Ms. Elizabeth B. Murrill
Ms. Margaret I. Olson
Mr. Stephen John Petrany
Ms. Katie J.. Schmidt
Ms. Lindsay Sara See
Ms. Sonya Shea
Mr. Tracy Short
Mr. James Emory Smith Jr.
Mr. J. Scott St. John
Ms. Jennifer L Verleger
Mr. Erik J. Wallevand
Mr. Eric H. Wessan
Mr. Zachary Paul West
Mr. David Wilkinson
Mr. Michael Ray Williams
Mr. Drew Howard Wrigley

District Court/Agency Case Number(s): 3:23-cv-00032-DLH

# Caption for Case Number: 23-2411

State of West Virginia; State of North Dakota; State of Georgia; State of Iowa; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Indiana; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of New Hampshire; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Utah; State of Virginia, The Commonwealth of Virginia; State of Wyoming

        Plaintiffs - Appellees

American Farm Bureau Federation; American Petroleum Institute; American Road and Transportation Builders Association; Associated General Contractors of America; Cass County Farm Bureau; Leading Builders of America; National Apartment Association; National Association of Home Builders, of the United States; National Association of Realtors; National Cattlemen's Beef Association; National Corn Growers Association; National Mining Association; National Multifamily Housing Council; National Pork Producers Council; National Stone, Sand, and Gravel Association; North Dakota Farm Bureau; Public Lands Council; U.S. Poultry and Egg Association

        Intervenors below - Appellees

v.

U.S. Environmental Protection Agency; Michael S. Regan, In His Official Capacity as Administrator of the U.S. Environmental Protection Agency; U.S. Army Corps of Engineers; Michael L. Connor, In His Official Capacity as Assistant Secretary of the Army for Civil Works; LTG Scott A. Spellmon, In His Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corps of Engineers

        Defendants - Appellants

Chickaloon Village Traditional Council; Rappahannock Tribe; Tohono O'Odham Nation; White Earth Band of Minnesota Chippewa Tribe

        Intervenors

**Addresses for Case Participants: 23-2411**

Mr. Elliot Higgins
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Mr. Timothy S. Bishop
MAYER & BROWN
1999 K Street, N.W.
Washington, DC 20006-1101

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Ms. Morgan E. Brungard
Quentin N. Burdick United States Courthouse
655 First Avenue, N.
Fargo, ND 58102

Mr. Jesse Burris
ATTORNEY GENERAL'S OFFICE
Second Floor, Memorial Hall
120 S.W. Tenth Street
Topeka, KS 66612-0000

Mr. Brandon F. Chase
ATTORNEY GENERAL'S OFFICE
33 Capitol Street
Concord, NH 03301

Ms. Natalie Christmas
ATTORNEY GENERAL'S OFFICE
PL-01 The Capitol
Tallahassee, FL 32399-1050

Mr. Clerk, U.S. District Court, North Dakota
U.S. DISTRICT COURT
District of North Dakota
Suite 130
655 First Avenue, N.
Fargo, ND 58102-0000

Mr. Andrew D. Cook
OHNSTAD & TWICHELL
444 Sheyenne Street
P.O. Box 458
West Fargo, ND 58078

Mr. Christian Brian Corrigan
ATTORNEY GENERAL'S OFFICE
215 N. Sanders
P.O. Box 201401
Helena, MT 59620-1401

Mr. James Brian Danford Jr.
MAYER & BROWN
Suite 3400
700 Louisiana Street
Houston, TX 77002-0000

Mr. Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102-0000

Mr. Andrew J. Doyle
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division, Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611

Mr. Andrew N. Ferguson
ATTORNEY GENERAL'S OFFICE
202 N. Ninth Street
Richmond, VA 23219

Mr. Thomas Molnar Fisher
ATTORNEY GENERAL'S OFFICE
Fifth Floor
Indiana Government Center, S.
302 W. Washington Street
Indianapolis, IN 46204-2770

Mr. Benjamin Michael Flowers
ATTORNEY GENERAL'S OFFICE
30 E. Broad Street
25th Floor
Columbus, OH 43215

Mr. Kevin Michael Gallagher
ATTORNEY GENERAL'S OFFICE
202 N. Ninth Street
Richmond, VA 23219

Mr. Garry M. Gaskins II
ATTORNEY GENERAL'S OFFICE
313 N.E. 21st Street
Oklahoma City, OK  73105

Mr. Eric James Hamilton
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Mr. Clark Lassiter Hildabrand
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN  37202

Ms. Melissa Ann Holyoak
ATTORNEY GENERAL'S OFFICE
350 N. State Street
P.O. Box 142320
Salt Lake City, UT  84114-2320

Ms. Sarah Izfar
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC  20002

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jeff P. Johnson
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Travis Jordan
ATTORNEY GENERAL'S OFFICE
Water and Natural Resources
2320 Capitol Avenue
Cheyenne, WY  82002-0000

Mr. Gabriel Krimm
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN  37202

Mr. Edmund G. LaCour Jr.
ATTORNEY GENERAL'S OFFICE
501 Washington Avenue
Montgomery, AL 36130

Mr. Hubert T. Lee
NOSSAMAN LLP
1666 K Street, N.W.
Washington, DC 20006

Mr. Brett E. Legner
MAYER & BROWN
71 S. Wacker Drive
Chicago, IL 60606-0000

Ms. Jennifer L. Lewis
ATTORNEY GENERAL'S OFFICE
313 N.E. 21st Street
Oklahoma City, OK 73105

Mr. Justin L. Matheny
ATTORNEY GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205

Mr. Charles David McGuigan
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 14
Pierre, SD 57501-8501

Mr. Martin Jordan Minot
ATTORNEY GENERAL'S OFFICE
202 N. Ninth Street
Richmond, VA 23219

Ms. Elizabeth B. Murrill
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70802

Ms. Margaret I. Olson
ATTORNEY GENERAL'S OFFICE
500 N. Ninth Street
Bismarck, ND 58501-4509

Mr. Stephen John Petrany
ATTORNEY GENERAL'S OFFICE
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Ms. Katie J. Schmidt
OHNSTAD & TWICHELL
444 Sheyenne Street
P.O. Box 458
West Fargo, ND 58078

Ms. Lindsay Sara See
ATTORNEY GENERAL'S OFFICE
Building 1, Room 26E
1900 Kanawha Boulevard, E.
Charleston, WV 25305

Ms. Sonya Shea
U.S. DEPARTMENT OF JUSTICE
Environmental Defense Section
Suite 370
999 18th Street
Denver, CO 80202

Mr. Tracy Short
ATTORNEY GENERAL'S OFFICE
P.O. Box 94005
Baton Rouge, LA 70804-0000

Mr. James Emory Smith Jr.
ATTORNEY GENERAL'S OFFICE
P.O. Box 11549
Columbia, SC 29211-0000

Mr. J. Scott St. John
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70802

Ms. Jennifer L Verleger
ATTORNEY GENERAL'S OFFICE
500 N. Ninth Street
Bismarck, ND 58501-4509

Mr. Erik J. Wallevand
ATTORNEY GENERAL'S OFFICE
500 N. Ninth Street
Bismarck, ND 58501-4509

Mr. Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

Mr. Zachary Paul West
ATTORNEY GENERAL'S OFFICE
313 N.E. 21st Street
Oklahoma City, OK  73105

Mr. David Wilkinson
ATTORNEY GENERAL'S OFFICE
Suite 200
1031 W. Fourth Avenue
Anchorage, AK  99501

Mr. Michael Ray Williams
ATTORNEY GENERAL'S OFFICE
Building 1, Room 26E
1900 Kanawha Boulevard, E.
Charleston, WV  25305

Mr. Drew Howard Wrigley
ATTORNEY GENERAL'S OFFICE
600 E. Boulevard Avenue
Bismarck, ND  58505-0000